# Exhibit B

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Generated on: | This page was generated by TSDR on 2021-10-10 11:12:55 EDT | | |
| Mark: | BALLOON FIESTA | | No Image exists for this case. |
| US Serial Number: | 73602392 | Application Filing Date: | Jun. 05, 1986 |
| US Registration Number: | 1462289 | Registration Date: | Oct. 20, 1987 |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| TM5 Common Status Descriptor: | | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. | |
| Status: | The registration has been renewed. | | |
| Status Date: | Apr. 28, 2018 | | |
| Publication Date: | Jul. 28, 1987 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | BALLOON FIESTA |
| Standard Character Claim: | No |
| Mark Drawing Type: | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |
| Disclaimer: | "BALLOON" |
| Acquired Distinctiveness Claim: | In whole |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | ORGANIZING, PROMOTING AND CONDUCTING ANNUAL EXHIBITIONS AND COMPETITIONS INVOLVING HOT AIR AND GAS BALLOONS | | |
| International Class(es): | 041 - Primary Class | U.S Class(es): | 107 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | 1975 | Use in Commerce: | 1975 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |

| | | | |
|---|---|---|---|
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | ALBUQUERQUE INTERNATIONAL BALLOON FIESTA, INC. |
| **Owner Address:** | 4401 Alameda Boulevard N.E.<br>ALBUQUERQUE, NEW MEXICO UNITED STATES 87113 |
| **Legal Entity Type:** | NON-PROFIT CORPORATION |
| **State or Country Where Organized:** | NEW MEXICO |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | John A. Cullis | **Docket Number:** | 85544-US05 |
| **Attorney Primary Email Address:** | trademarks-CH@btlaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | John A. Cullis<br>Barnes & Thornburg LLP<br>One North Wacker Drive<br>Suite 4400<br>Chicago, ILLINOIS UNITED STATES 60606 |
| **Phone:** | 312-357-1313 |
| **Fax:** | 312-759-5646 |
| **Correspondent e-mail:** | trademarks-CH@btlaw.com<br>john.cullis@btlaw.com<br>melissa.mattio@btlaw.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 03, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Feb. 03, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 03, 2021 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Feb. 03, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 03, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 03, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Apr. 28, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 28, 2018 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 77315 |
| Apr. 28, 2018 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 77315 |
| Apr. 27, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 77315 |
| Apr. 18, 2018 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 20, 2016 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Nov. 21, 2014 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 26, 2007 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 75461 |
| Sep. 26, 2007 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Sep. 17, 2007 | ASSIGNED TO PARALEGAL | 75461 |
| Sep. 06, 2007 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Sep. 06, 2007 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 22, 2007 | CASE FILE IN TICRS | |
| Sep. 23, 1993 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |

| | | |
|---|---|---|
| Sep. 03, 1993 | RESPONSE RECEIVED TO POST REG. ACTION | |
| May 29, 1993 | POST REGISTRATION ACTION MAILED - SEC. 8 & 15 | |
| Jan. 19, 1993 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Oct. 20, 1987 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 28, 1987 | PUBLISHED FOR OPPOSITION | |
| Jul. 02, 1987 | NOTICE OF PUBLICATION | |
| Jun. 28, 1987 | NOTICE OF PUBLICATION | |
| Jun. 26, 1987 | NOTICE OF PUBLICATION | |
| May 28, 1987 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 19, 1987 | EXAMINERS AMENDMENT MAILED | |
| Mar. 02, 1987 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Aug. 27, 1986 | NON-FINAL ACTION MAILED | |
| Aug. 07, 1986 | ASSIGNED TO EXAMINER | 59899 |

### TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Apr. 28, 2018 |

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load

> **For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.
>
> **Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

STATUS    DOCUMENTS    MAINTENANCE                                    Back to Search         Print

| | | |
|---|---|---|
| Generated on: | This page was generated by TSDR on 2021-10-10 11:14:12 EDT | |
| Mark: | BALLOON FIESTA | No Image exists for this case. |
| US Serial Number: | 73603243 | Application Filing Date: Jun. 09, 1986 |
| US Registration Number: | 1426254 | Registration Date: Jan. 27, 1987 |
| Register: | Principal | |
| Mark Type: | Trademark | |
| TM5 Common Status Descriptor: | | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. |
| Status: | The registration has been renewed. | |
| Status Date: | Mar. 18, 2017 | |
| Publication Date: | Nov. 04, 1986 | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | BALLOON FIESTA |
| Standard Character Claim: | No |
| Mark Drawing Type: | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | [ KEY CHAINS ] | | |
| International Class(es): | 006 - Primary Class | U.S Class(es): | 002, 012, 013, 014, 023, 025, 050 |
| Class Status: | SECTION 8 - CANCELLED | | |
| Basis: | 1(a) | | |
| First Use: | 1985 | Use in Commerce: | 1985 |
| For: | PICTURE POSTCARDS, BUMPER STICKERS, POSTERS AND TRANSFERS | | |
| International Class(es): | 016 - Primary Class | U.S Class(es): | 038 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | 1976 | Use in Commerce: | 1976 |
| For: | PLASTIC CUPS AND GLASSES | | |
| International Class(es): | 021 - Primary Class | U.S Class(es): | 002 |
| Class Status: | ACTIVE | | |

|  |  |  |  |
|---|---|---|---|
| Basis: | 1(a) | | |
| First Use: | 1981 | Use in Commerce: | 1981 |
| For: | T-SHIRTS, HATS AND JACKETS | | |
| International Class(es): | 025 - Primary Class | U.S Class(es): | 039 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | 1976 | Use in Commerce: | 1976 |
| For: | NOVELTY ITEMS NAMELY, PINS, PATCHES, BUTTONS AND BELT BUCKLES | | |
| International Class(es): | 026 - Primary Class | U.S Class(es): | 040 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | 1976 | Use in Commerce: | 1976 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | ALBUQUERQUE INTERNATIONAL BALLOON FIESTA, INC. |
| Owner Address: | 4401 Alameda Boulevard N.E.<br>ALBUQUERQUE, NEW MEXICO UNITED STATES 87113 |
| Legal Entity Type: | CORPORATION |
| State or Country Where Organized: | NEW MEXICO |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | John A. Cullis | Docket Number: | 85544-US04 |
| Attorney Primary Email Address: | trademarks-CH@btlaw.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | John A. Cullis<br>Barnes & Thornburg LLP<br>One North Wacker Drive<br>Suite 4400<br>Chicago, ILLINOIS UNITED STATES 60606 |
| Phone: | 312-357-1313 |
| Fax: | 312-759-5646 |
| Correspondent e-mail: | trademarks-CH@btlaw.com<br>john.cullis@btlaw.com<br>melissa.mattio@btlaw.com |
| Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 03, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |

| Feb. 03, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 03, 2021 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Feb. 03, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 03, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 03, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 18, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 18, 2017 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 75461 |
| Mar. 18, 2017 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 75461 |
| Mar. 18, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 75461 |
| Jan. 23, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Jan. 27, 2016 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Nov. 21, 2014 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 27, 2007 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 64591 |
| Aug. 27, 2007 | REGISTERED - SEC. 9 GRANTED/CHECK RECORD FOR SEC. 8 | 64591 |
| Aug. 27, 2007 | REGISTERED - PARTIAL SEC. 8 (10-YR) ACCEPTED | 64591 |
| Aug. 16, 2007 | ASSIGNED TO PARALEGAL | 64591 |
| Jul. 27, 2007 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Jul. 27, 2007 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 25, 2006 | CASE FILE IN TICRS | |
| Sep. 22, 1993 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Sep. 03, 1993 | RESPONSE RECEIVED TO POST REG. ACTION | |
| Mar. 26, 1993 | POST REGISTRATION ACTION MAILED - SEC. 8 & 15 | |
| Dec. 09, 1992 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Jan. 27, 1987 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 04, 1986 | PUBLISHED FOR OPPOSITION | |
| Oct. 05, 1986 | NOTICE OF PUBLICATION | |
| Sep. 03, 1986 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 29, 1986 | EXAMINER'S AMENDMENT MAILED | |
| Aug. 28, 1986 | ASSIGNED TO EXAMINER | 62882 |

## TM Staff and Location Information

**TM Staff Information -** None

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Mar. 18, 2017 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Generated on: | This page was generated by TSDR on 2021-10-10 11:14:50 EDT | | | |
| Mark: | FIESTA | | |  |
| US Serial Number: | 75483644 | | Application Filing Date: | May 12, 1998 |
| US Registration Number: | 2334449 | | Registration Date: | Mar. 28, 2000 |
| Register: | Principal | | | |
| Mark Type: | Service Mark | | | |
| TM5 Common Status Descriptor: |  | | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| Status: | The registration has been renewed. | | | |
| Status Date: | Mar. 28, 2020 | | | |
| Publication Date: | Jan. 04, 2000 | | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | FIESTA |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| Acquired Distinctiveness Claim: | In whole |
| Design Search Code(s): | 18.09.04 - Weather balloons; Balloons, vehicular; Balloons, Weather |

## Related Properties Information

| | |
|---|---|
| Claimed Ownership of US Registrations: | 1426254, 1462289 |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | organizing, promoting and conducting annual exhibitions and competitions involving hot air and gas balloons | | |
| International Class(es): | 041 - Primary Class | U.S Class(es): | 100, 101, 107 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Aug. 1997 | Use in Commerce: | Aug. 1997 |

**Basis Information (Case Level)**

|                  |     |                       |     |
|------------------|-----|-----------------------|-----|
| Filed Use:       | Yes | Currently Use:        | Yes |
| Filed ITU:       | No  | Currently ITU:        | No  |
| Filed 44D:       | No  | Currently 44E:        | No  |
| Filed 44E:       | No  | Currently 66A:        | No  |
| Filed 66A:       | No  | Currently No Basis:   | No  |
| Filed No Basis:  | No  |                       |     |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Albuquerque International Balloon Fiesta, Inc. |
| **Owner Address:** | 4401 Alameda Boulevard N.E.<br>ALBUQUERQUE, NEW MEXICO UNITED STATES 87113 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | NEW MEXICO |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | John A. Cullis | **Docket Number:** | 85544-US01 |
| **Attorney Primary Email Address:** | trademarks-CH@btlaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | John A. Cullis<br>Barnes & Thornburg LLP<br>One North Wacker Drive<br>Suite 4400<br>Chicago, ILLINOIS UNITED STATES 60606 |
| **Phone:** | 312-357-1313 |
| **Fax:** | 312-759-5646 |
| **Correspondent e-mail:** | trademarks-CH@btlaw.com<br>john.cullis@btlaw.com<br>melissa.mattio@btlaw.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 03, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Feb. 03, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 03, 2021 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Feb. 03, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 03, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 03, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 28, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 28, 2020 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 70131 |
| Mar. 28, 2020 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 70131 |
| Mar. 28, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70131 |
| Feb. 03, 2020 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 28, 2019 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Nov. 21, 2014 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 16, 2010 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 59136 |
| Apr. 16, 2010 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Apr. 02, 2010 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 59136 |
| Apr. 01, 2010 | TEAS SECTION 8 & 9 RECEIVED | |

| | | |
|---|---|---|
| Jun. 09, 2005 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| May 17, 2005 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| May 17, 2005 | PAPER RECEIVED | |
| Apr. 26, 2004 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 28, 2000 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 04, 2000 | PUBLISHED FOR OPPOSITION | |
| Dec. 03, 1999 | NOTICE OF PUBLICATION | |
| Oct. 07, 1999 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 05, 1999 | EXAMINER'S AMENDMENT MAILED | |
| Aug. 18, 1999 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Feb. 18, 1999 | NON-FINAL ACTION MAILED | |
| Feb. 17, 1999 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Jan. 27, 1999 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 22, 1999 | EXAMINER'S AMENDMENT MAILED | |
| Jan. 04, 1999 | ASSIGNED TO EXAMINER | 73360 |
| Dec. 28, 1998 | ASSIGNED TO EXAMINER | 74780 |

### TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Mar. 28, 2020 |

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Generated on: | This page was generated by TSDR on 2021-10-10 11:15:34 EDT | | | |
| Mark: | FIESTA | | |  |
| US Serial Number: | 75978621 | Application Filing Date: | Sep. 18, 1997 | |
| US Registration Number: | 2422264 | Registration Date: | Jan. 16, 2001 | |
| Register: | Principal | | | |
| Mark Type: | Trademark | | | |
| TM5 Common Status Descriptor: |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | | |
| Status: | The registration has been renewed. | | | |
| Status Date: | May 22, 2021 | | | |
| Publication Date: | Jan. 04, 2000 | Notice of Allowance Date: | Mar. 28, 2000 | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | FIESTA |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| Design Search Code(s): | 18.09.04 - Weather balloons; Balloons, vehicular; Balloons, Weather |

## Related Properties Information

| | |
|---|---|
| Claimed Ownership of US Registrations: | 1426254, 1462289 |
| Child Of: | 75359289 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | [ picture postcards, bumper stickers, posters and iron-on transfers ] | | |
| International Class(es): | 016 - Primary Class | U.S Class(es): | 002, 005, 022, 023, 029, 037, 038, 050 |
| Class Status: | SECTION 8 - CANCELLED | | |
| Basis: | 1(a) | | |
| First Use: | Jun. 1997 | Use in Commerce: | Oct. 1997 |
| For: | novelty items, namely, ornamental cloth patches, pins and novelty buttons and belt buckles of non-precious metal for use with cl | | |
| International Class(es): | 026 - Primary Class | U.S Class(es): | 037, 039, 040, 042, 050 |

|   |   |   |   |
|---|---|---|---|
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Jun. 1997 | Use in Commerce: | Oct. 1997 |

## Basis Information (Case Level)

|   |   |   |   |
|---|---|---|---|
| Filed Use: | No | Currently Use: | Yes |
| Filed ITU: | Yes | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

|   |   |
|---|---|
| Owner Name: | Albuquerque International Balloon Fiesta, Inc. |
| Owner Address: | 4401 Alameda NE<br>Albuquerque, NEW MEXICO UNITED STATES 87113 |
| Legal Entity Type: | CORPORATION |
| State or Country Where Organized: | NEW MEXICO |

## Attorney/Correspondence Information

**Attorney of Record**

|   |   |   |   |
|---|---|---|---|
| Attorney Name: | John A. Cullis | Docket Number: | 85544-334379 |
| Attorney Primary Email Address: | trademarks-CH@btlaw.com | Attorney Email Authorized: | Yes |

**Correspondent**

|   |   |
|---|---|
| Correspondent Name/Address: | John A. Cullis<br>Barnes & Thornburg LLP<br>One North Wacker Drive<br>Suite 4400<br>Chicago, ILLINOIS UNITED STATES 60606 |

|   |   |   |   |
|---|---|---|---|
| Phone: | 312-357-1313 | Fax: | 312-759-5646 |
| Correspondent e-mail: | trademarks-CH@btlaw.com<br>john.cullis@btlaw.com<br>melissa.mattio@btlaw.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 22, 2021 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| May 22, 2021 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 76293 |
| May 22, 2021 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76293 |
| May 22, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76293 |
| Feb. 15, 2021 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 03, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Feb. 03, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 03, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 03, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 03, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jan. 16, 2020 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |

| Date | Event | Code |
|---|---|---|
| Nov. 21, 2014 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 25, 2011 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 69934 |
| Jan. 25, 2011 | REGISTERED - SEC. 9 GRANTED/CHECK RECORD FOR SEC. 8 | 69934 |
| Jan. 25, 2011 | REGISTERED - PARTIAL SEC. 8 (10-YR) ACCEPTED | 69934 |
| Jan. 18, 2011 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | 69934 |
| Jan. 18, 2011 | TEAS SECTION 8 & 9 RECEIVED | |
| Jul. 18, 2006 | CASE FILE IN TICRS | |
| Mar. 02, 2006 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 69934 |
| Feb. 21, 2006 | ASSIGNED TO PARALEGAL | 69934 |
| Feb. 06, 2006 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Feb. 06, 2006 | TEAS SECTION 8 & 15 RECEIVED | |
| Apr. 26, 2004 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 16, 2001 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 16, 2000 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Aug. 22, 2000 | STATEMENT OF USE PROCESSING COMPLETE | |
| Aug. 22, 2000 | USE AMENDMENT FILED | |
| Aug. 22, 2000 | EXTENSION 1 GRANTED | |
| Aug. 22, 2000 | EXTENSION 1 FILED | |
| Mar. 28, 2000 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 04, 2000 | PUBLISHED FOR OPPOSITION | |
| Dec. 03, 1999 | NOTICE OF PUBLICATION | |
| Oct. 26, 1999 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 05, 1999 | LETTER OF SUSPENSION MAILED | |
| Aug. 27, 1999 | DIVISIONAL PROCESSING COMPLETE | |
| Jul. 30, 1998 | LETTER OF SUSPENSION MAILED | |
| May 08, 1998 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Feb. 13, 1998 | NON-FINAL ACTION MAILED | |
| Jan. 30, 1998 | ASSIGNED TO EXAMINER | 73360 |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | May 22, 2021 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

> **For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.
>
> **Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Generated on: | This page was generated by TSDR on 2021-10-10 11:16:43 EDT | | | |
| Mark: | FIESTA | | |  |
| US Serial Number: | 78451243 | Application Filing Date: | Jul. 15, 2004 | |
| US Registration Number: | 4179860 | Registration Date: | Jul. 24, 2012 | |
| Register: | Principal | | | |
| Mark Type: | Trademark | | | |
| TM5 Common Status Descriptor: |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | | |
| Status: | A Sections 8 and 15 combined declaration has been accepted and acknowledged. | | | |
| Status Date: | Jul. 25, 2018 | | | |
| Publication Date: | May 24, 2011 | Notice of Allowance Date: | Nov. 22, 2011 | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | FIESTA |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| Description of Mark: | The mark consists of the term "FIESTA" with numerous ascending hot air balloons above the term.. |
| Color(s) Claimed: | Color is not claimed as a feature of the mark. |
| Design Search Code(s): | 18.09.04 - Weather balloons; Balloons, vehicular; Balloons, Weather |

## Related Properties Information

| | |
|---|---|
| Claimed Ownership of US Registrations: | 2334449 |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | T-shirts, jackets and sweaters | | |
| International Class(es): | 025 - Primary Class | U.S Class(es): | 022, 039 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | 1997 | Use in Commerce: | 1997 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Albuquerque International Balloon Fiesta, Inc. |
| **Owner Address:** | 4401 Alameda NE<br>Albuquerque, NEW MEXICO UNITED STATES 87113 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | NEW MEXICO |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | John A. Cullis | **Docket Number:** | 85544-US03 |
| **Attorney Primary Email Address:** | trademarks-CH@btlaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | John A. Cullis<br>Barnes & Thornburg LLP<br>One North Wacker Drive<br>Suite 4400<br>Chicago, ILLINOIS UNITED STATES 60606 |
| **Phone:** | 312-357-1313 |
| **Fax:** | 312-759-5646 |
| **Correspondent e-mail:** | trademarks-CH@btlaw.com<br>john.cullis@btlaw.com<br>melissa.mattio@btlaw.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 24, 2021 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Feb. 03, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Feb. 03, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 03, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 03, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 03, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jul. 25, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jul. 25, 2018 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 70187 |
| Jul. 25, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70187 |
| Jul. 16, 2018 | TEAS SECTION 8 & 15 RECEIVED | |
| Jul. 24, 2017 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Nov. 21, 2014 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 24, 2012 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 16, 2012 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jun. 15, 2012 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 70138 |

| Date | Event | Code |
|---|---|---|
| Jun. 12, 2012 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jun. 12, 2012 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jun. 11, 2012 | STATEMENT OF USE PROCESSING COMPLETE | 76538 |
| May 14, 2012 | USE AMENDMENT FILED | 76538 |
| Jun. 11, 2012 | EXTENSION 1 GRANTED | 76538 |
| May 15, 2012 | EXTENSION 1 FILED | 76538 |
| Jun. 07, 2012 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 76538 |
| May 15, 2012 | TEAS EXTENSION RECEIVED | |
| May 15, 2012 | TEAS STATEMENT OF USE RECEIVED | |
| Nov. 22, 2011 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 07, 2011 | EXTENSION OF TIME TO OPPOSE PROCESS - TERMINATED | |
| May 26, 2011 | CHANGES/CORRECTIONS AFTER PUB APPROVAL ENTERED | 76572 |
| May 24, 2011 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| May 24, 2011 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 24, 2011 | PUBLISHED FOR OPPOSITION | |
| Apr. 19, 2011 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70138 |
| Apr. 15, 2011 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 14, 2011 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Apr. 13, 2011 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Apr. 13, 2011 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 13, 2011 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 21, 2010 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 21, 2010 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 21, 2010 | NON-FINAL ACTION WRITTEN | 76419 |
| Sep. 30, 2010 | SUSPENSION CHECKED – TO ATTORNEY FOR ACTION | 70138 |
| Mar. 30, 2010 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | 70138 |
| Sep. 29, 2009 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | 70138 |
| Mar. 27, 2009 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | 70138 |
| Sep. 24, 2008 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | 70138 |
| Sep. 20, 2008 | ASSIGNED TO LIE | 70138 |
| Mar. 20, 2008 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | 69712 |
| Aug. 29, 2007 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | 69712 |
| Dec. 05, 2006 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | 69712 |
| Dec. 05, 2006 | ASSIGNED TO LIE | 69712 |
| Apr. 19, 2006 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | 71466 |
| Oct. 12, 2005 | CORRESPONDENCE E-MAILED | |
| Oct. 12, 2005 | SUSPENSION LETTER WRITTEN | 76419 |
| Aug. 25, 2005 | TEAS/EMAIL CORRESPONDENCE ENTERED | 71466 |
| Aug. 22, 2005 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 71466 |
| Aug. 22, 2005 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 22, 2005 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 22, 2005 | NON-FINAL ACTION WRITTEN | 76419 |
| Feb. 18, 2005 | ASSIGNED TO EXAMINER | 76419 |
| Jul. 23, 2004 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** TMO LAW OFFICE 115	**Date in Location:** Jul. 25, 2018

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**