# Exhibit D

| | |
|---|---|
| **To:** | Bingham, Sherry Melisa (mignonne@binghamgroup.com) |
| **Subject:** | U.S. Trademark Application Serial No. 88468918 - MONROE LIFE BALLOON FIESTA - N/A |
| **Sent:** | September 07, 2019 02:51:58 PM |
| **Sent As:** | ecom103@uspto.gov |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |
| | Attachment - 14 |
| | Attachment - 15 |
| | Attachment - 16 |

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.**
88468918

**Mark:**  MONROE LIFE
BALLOON FIESTA

**Correspondence Address:**
BINGHAM, SHERRY
MELISA
BINGHAM, SHERRY
MELISA
11921 KINGSTON PIKE,
SUITE 201
KNOXVILLE, TN 37934

**Applicant:**  Bingham, Sherry
Melisa

**Reference/Docket No.** N/A

**Correspondence Email
Address:**

mignonne@binghamgroup.com

# NONFINAL OFFICE ACTION

**The USPTO must receive applicant's response to this letter within  <u>six months</u> of the issue date below or the application will be
<u>abandoned</u>.** Respond using the Trademark Electronic Application System (TEAS).  A link to the appropriate TEAS response form appears at the
end of this Office action.

Issue date:  September 07, 2019

The referenced application and the preliminary amendment dated August 6, 2019 have been reviewed by the assigned trademark examining attorney.  The amendment to the identification of services set forth in the preliminary amendment is denied for the reasons set forth below.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SUMMARY OF ISSUES:**
- Section 2(d) Refusal – Likelihood of Confusion
- Specimen
- Issue Regarding Applicant's Entity Type
- Identification of Services
- Disclaimer Required

**SECTION 2(d) REFUSAL – LIKELIHOOD OF CONFUSION**

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 1462289.  Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.*  See the attached registration.

Applicant's  mark is MONROE LIFE BALLOON FIESTA in standard character form for "Organizing  community festivals featuring primarily hot air balloons and also providing entertainment" in International Class 41.

Registrant's  mark is BALLOON FIESTA in typed form for "ORGANIZING, PROMOTING AND CONDUCTING ANNUAL EXHIBITIONS AND COMPETITIONS INVOLVING HOT AIR AND GAS BALLOONS" in International Class 41.

Trademark Act Section 2(d) bars registration of an applied-for mark that is so similar to a registered mark that it is likely consumers would be confused, mistaken, or deceived as to the commercial source of the goods and/or services of the parties.  *See* 15 U.S.C. §1052(d).  Likelihood of confusion is determined on a case-by-case basis by applying the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973) (called the " *du Pont* factors").  *In re i.am.symbolic, llc*, 866 F.3d 1315, 1322, 123 USPQ2d 1744, 1747 (Fed. Cir. 2017).  Only those factors that are "relevant and of record" need be considered.  *M2 Software, Inc. v. M2 Commc'ns,  Inc.*, 450 F.3d 1378, 1382, 78 USPQ2d 1944, 1947 (Fed. Cir. 2006) (citing *Shen Mfg. Co. v. Ritz Hotel Ltd.*, 393 F.3d 1238, 1241, 73 USPQ2d 1350, 1353 (Fed. Cir. 2004)); *see In re Inn at St. John's, LLC* , 126 USPQ2d 1742, 1744 (TTAB 2018).

Although not all *du Pont* factors may be relevant, there are generally two key considerations in any likelihood of confusion analysis:  (1) the similarities between the compared marks and (2) the relatedness of the compared goods and/or services.  *See In re i.am.symbolic, llc*, 866 F.3d at 1322, 123 USPQ2d at 1747 (quoting *Herbko Int'l,  Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002)); *Federated Foods, Inc. v. Fort Howard Paper Co.*, 544 F.2d 1098, 1103, 192 USPQ 24, 29 (C.C.P.A. 1976) ("The  fundamental inquiry mandated by [Section] 2(d) goes to the cumulative effect of differences in the essential characteristics of the goods [or services] and differences in the marks."); TMEP §1207.01.

In this case, the following factors are the most relevant:  Similarity of the marks, relatedness of the services, and similarity of the trade channels of the services.

SIMILARITY OF THE MARKS

The marks MONROE LIFE BALLOON FIESTA and BALLOON FIESTA are sufficiently similar to create a likelihood of confusion.

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression.  *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v).  "Similarity  in any one of these elements may be sufficient to find the marks confusingly similar."  *In re Inn at St. John's,  LLC*, 126 USPQ2d 1742, 1746 (TTAB 2018) (citing *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014)); TMEP §1207.01(b).

When comparing marks, "[t]he proper test is not a side-by-side comparison of the marks, but instead whether the marks are sufficiently similar in terms of their commercial impression such that [consumers] who encounter the marks be likely to assume a connection between the parties." *Cai v. Diamond Hong, Inc.*, __ F.3d __, 127 USPQ2d 1797, 1801 (Fed. Cir. 2018) (quoting *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1368, 101 USPQ2d 1713, 1721 (Fed. Cir. 2012)); TMEP §1207.01(b). The proper focus is on the recollection of the average purchaser, who retains a general rather than specific impression of trademarks. *In re Inn at St. John's, LLC*, 126 USPQ2d 1742, 1746 (TTAB 2018) (citing *In re St. Helena Hosp.*, 774 F.3d 747, 750-51, 113 USPQ2d 1082, 1085 (Fed. Cir. 2014); *Geigy Chem. Corp. v. Atlas Chem. Indus., Inc.*, 438 F.2d 1005, 1007, 169 USPQ 39, 40 (CCPA 1971)); TMEP §1207.01(b).

In this case, the average purchaser, who retains a general rather than specific impression of trademarks, is likely to assume a connection between the parties because the marks share the wording "BALLOON FIESTA", which is also the entirety of the registered mark.

Marks must be compared in their entireties and should not be dissected; however, a trademark examining attorney may weigh the individual components of a mark to determine its overall commercial impression. *In re Detroit Athletic Co.*, 903 F.3d 1297, 1305, 128 USPQ2d 1047, 1050 (Fed. Cir. 2018) ("[Regarding the issue of confusion,] there is nothing improper in stating that . . . more or less weight has been given to a particular feature of a mark, provided the ultimate conclusion rests on consideration of the marks in their entireties." (quoting *In re Nat'l Data Corp.*, 753 F.2d 1056, 1058, 224 USPQ 749, 751 (Fed. Cir. 1985)).

Here, the marks' shared wording, "BALLOON FIESTA", creates a similar commercial impression. Specifically, this wording indicates that the marks are source identifiers for services relating to balloon festivals. Thus consumers are likely to assume that MONROE LIFE BALLOON FIESTA and BALLOON FIESTA are associated with each other.

Moreover, the applied-for mark and the registered mark identify closely related services. Where the goods and/or services of an applicant and registrant are "similar in kind and/or closely related," the degree of similarity between the marks required to support a finding of likelihood of confusion is not as great as in the case of diverse goods and/or services. *In re J.M. Originals Inc.*, 6 USPQ2d 1393, 1394 (TTAB 1987); *see Shen Mfg. Co. v. Ritz Hotel Ltd.*, 393 F.3d 1238, 1242, 73 USPQ2d 1350, 1354 (Fed. Cir. 2004); TMEP §1207.01(b).


RELATEDNESS OF THE SERVICES

Applicant has identified its services as "Organizing community festivals featuring primarily hot air balloons and also providing entertainment" in International Class 41.

Registrant has identified its services as "ORGANIZING, PROMOTING AND CONDUCTING ANNUAL EXHIBITIONS AND COMPETITIONS INVOLVING HOT AIR AND GAS BALLOONS" in International Class 41.

The goods and/or services are compared to determine whether they are similar, commercially related, or travel in the same trade channels. *See Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369-71, 101 USPQ2d 1713, 1722-23 (Fed. Cir. 2012); *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1165, 64 USPQ2d 1375, 1381 (Fed. Cir. 2002); TMEP §§1207.01, 1207.01(a)(vi).

The attached Internet evidence, consisting of website screenshots of various community festivals, such as Carson City Frontier Days, Freedom Balloon Fest, and Michigan Challenge Ballonfest, that also promote and conduct hot air balloon competitions, establishes that the same entity commonly provides the relevant services and markets the services under the same mark. Thus, applicant's and registrant's services are considered related for likelihood of confusion purposes. *See, e.g.*, *In re Davey Prods. Pty Ltd.*, 92 USPQ2d 1198, 1202-04 (TTAB 2009); *In re Toshiba Med. Sys. Corp.*, 91 USPQ2d 1266, 1268-69, 1271-72 (TTAB 2009).

Based on the foregoing, consumers encountering MONROE LIFE BALLOON FIESTA used for "Organizing community festivals featuring primarily hot air balloons and also providing entertainment" and BALLOON FIESTA for "ORGANIZING, PROMOTING AND CONDUCTING ANNUAL EXHIBITIONS AND COMPETITIONS INVOLVING HOT AIR AND GAS BALLOONS" are likely to be confused and mistakenly believe that the respective services emanate from a common source.

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

Applicant should note the following additional ground for refusal.


**SPECIMEN**

Registration is refused because the specimen in International Class(es) 41 is merely a photocopy of the drawing or a picture or rendering of the

applied-for mark, and thus fails to show the applied-for mark in use in commerce with the goods and/or services for each international class. Trademark Act Sections 1 and 45, 15 U.S.C. §§1051, 1127; 37 C.F.R. §§2.34(a)(1)(iv), 2.56(a); *In re Chica*, 84 USPQ2d 1845, 1848 (TTAB 2007); TMEP §§904, 904.07(a), 1301.04(g)(i). An application based on Trademark Act Section 1(a) must include a specimen showing the applied-for mark in use in commerce for each international class of goods and/or services identified in the application or amendment to allege use. 15 U.S.C. §1051(a)(1); 37 C.F.R. §§2.34(a)(1)(iv), 2.56(a); TMEP §§904, 904.07(a).

Examples of specimens for services include advertising and marketing materials, brochures, photographs of business signage and billboards, and webpages that show the mark used in the actual sale, rendering, or advertising of the services. *See* TMEP §1301.04(a), (h)(iv)(C). Specimens comprising advertising and promotional materials must show a direct association between the mark and the services. TMEP §1301.04(f)(ii).

Applicant may respond to this refusal by satisfying one of the following for each applicable international class:

(1) Submit a different specimen (a verified "substitute" specimen) that (a) was in actual use in commerce at least as early as the filing date of the application or prior to the filing of an amendment to allege use and (b) shows the mark in actual use in commerce for the services identified in the application or amendment to allege use. A "verified substitute specimen" is a specimen that is accompanied by the following statement made in a signed affidavit or supported by a declaration under 37 C.F.R. §2.20: "The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application or prior to the filing of the amendment to allege use." The substitute specimen cannot be accepted without this statement.

(2) Amend the filing basis to intent to use under Section 1(b), for which no specimen is required. This option will later necessitate additional fee(s) and filing requirements such as providing a specimen.

For an overview of *both* response options referenced above and instructions on how to satisfy either option online using the Trademark Electronic Application System (TEAS) form, please go to http://www.uspto.gov/trademarks/law/specimen.jsp.

## TEAS INSTRUCTIONS FOR SUBSTITUTE SPECIMEN

To submit a verified specimen or verified substitute specimen online using the Trademark Electronic Application System (TEAS) response form, (1) answer "Yes" to form wizard question #2; and then, continuing on to the next portion of the form, under the heading "Classification and Listing of Goods/Services/Collective Membership Organization," do the following for each relevant class for which a specimen is being submitted: (2) check the box next to the following statement: "Check here to modify the current classification number; listing of goods/services/the nature of the collective membership organization; dates of use; and/or filing basis; or to submit a substitute specimen, a foreign registration certificate, or proof of renewal of a foreign registration. If not checked, the changes will be ignored."; (3) under "Specimen File," attach a specimen (attachment may not exceed 5 megabytes); (4) describe in the box below where you attached the file what the specimen consists of; and (5) check the box next to the following statement below the specimen description (to ensure that the declaration language is inserted into the form): "The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application" [for an application based on Section 1(a), Use in Commerce] OR "The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use" [for an application based on Section 1(b) Intent-to-Use]. Additionally, when submitting a verified specimen, the TEAS online form requires two signatures: one in the "Declaration Signature" section and one in the "Response Signature" section.

If applicant responds to the refusal(s), applicant must also respond to the requirement(s) set forth below.

## ISSUE REGARDING APPLICANT'S ENTITY TYPE

The name of an individual person appears in the section of the application intended for the trademark owner's name; however, the legal entity is set forth as a corporation. Applicant must clarify this inconsistency. TMEP §803.02(a); *see* 37 C.F.R. §§2.32(a)(2), (a)(3)(i)-(ii), 2.61(b).

If applicant is an individual doing business under an assumed name, applicant must request that the legal entity be amended to "individual" and must indicate his or her country of citizenship. *See* TMEP §803.03(a). Alternatively, if applicant is a corporation, applicant must provide the legal name of the corporation and U.S. state or foreign country of incorporation or organization. *See* TMEP §803.03(c).

If, in response to the above request, applicant provides information indicating that it is not the owner of the mark, registration will be refused because the application was void as filed. *See* 37 C.F.R. §2.71(d); TMEP §§803.06, 1201.02(b). An application must be filed by the party who owns or is entitled to use the mark as of the application filing date. *See* 37 C.F.R. §2.71(d); TMEP §1201.02(b).

**IDENTIFICATION OF SERVICES**

In the preliminary amendment dated August 6, 2019, applicant amended the identification of services, however, the proposed amendment to the identification is not acceptable because it exceeds the scope of the identification in the U.S. application. *See* 37 C.F.R. §§2.32(a)(6), 2.71(a); TMEP §§1012, 1402.06 *et seq.*, 1402.07. Applicant's goods and/or services may be clarified or limited, but may not be expanded beyond those originally itemized in the U.S. application. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Therefore, the original identification in the U.S. application, and any previously accepted amendments, remain operative for purposes of future amendment. *See* 37 C.F.R. §2.71(a); TMEP §1402.07(d).

In this case, the U.S. application originally identified the services as follows: "Organizing community festivals featuring primarily hot air balloons and also providing entertainment."

However, the proposed amendment to the U.S. application identifies the following services: "Charitable fundraising services by means of a hot air balloon fiesta.and also providing entertainment."

This proposed amendment is beyond the scope of the original identification because it identifies an entirely different service, namely, charitable fundraising services, which is not within the scope of the entertainment services originally identified.

Additionally, the original identification of services is indefinite and must be clarified because the nature of the services is unclear. *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.

Applicant may substitute the following wording, if accurate (suggested changes in bold):

Class 41: Organizing community festivals featuring primarily hot air balloon**s rides** and also providing entertainment **in the nature of art exhibitions and carnival rides**.

As stated above, applicant's services may be clarified or limited, but may not be expanded beyond those originally itemized in the application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Applicant may clarify or limit the identification by inserting qualifying language or deleting items to result in a more specific identification; however, applicant may not substitute different or add services not found or encompassed by those in the original application or as acceptably amended. *See* TMEP §1402.06(a)-(b). The scope of the goods and/or services sets the outer limit for any changes to the identification and is generally determined by the ordinary meaning of the wording in the identification. TMEP §§1402.06(b), 1402.07(a)-(b). Any acceptable changes to the goods and/or services will further limit scope, and once goods and/or services are deleted, they are not permitted to be reinserted. TMEP §1402.07(e).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.


**DISCLAIMER REQUIRED**

Applicant must provide a disclaimer of the unregistrable part(s) of the applied-for mark even though the mark as a whole appears to be registrable. *See* 15 U.S.C. §1056(a); TMEP §§1213, 1213.03(a). A disclaimer of an unregistrable part of a mark will not affect the mark's appearance. *See Schwarzkopf v. John H. Breck, Inc.*, 340 F.2d 978, 979-80, 144 USPQ 433, 433 (C.C.P.A. 1965).

In this case, applicant must disclaim the wording "MONROE" and "BALLOON FIESTA" because it is not inherently distinctive. These unregistrable term(s) are at best merely descriptive and primarily geographically descriptive of applicant's goods and/or services.

The nondistinctive wording "BALLOON FIESTA" merely describes an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §§1052(e)(1); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012).

The attached evidence from *www.merriam-webster.com* shows the wording "BALLON" and "FIESTA" are defined as follows:

BALLOON: "a nonporous bag of light material that can be inflated especially with air or gas: such as a bag that is filled with heated air or a gas lighter than air so as to rise and float in the atmosphere and that usually carries a suspended load (such as a gondola with passengers)

FIESTA: "FESTIVAL"

Further, the attached evidence from applicant's website shows applicant's descriptive usage of the wording "BALLOON FIESTA" to describe its community festival. The attached evidence from *www.facebook.com*, *http://festivals4fun.com*, and *https://westseattleblog.com* also demonstrates the wording "BALLOON" and "FIESTA" is commonly used in connection with similar services to mean festivals featuring hot air balloons. Therefore, this wording merely indicates that applicant's services involve organizing festivals that feature hot air balloons.

In addition, the nondistinctive wording "MONROE" is primarily geographically descriptive of the origin of applicant's goods and/or services. *See* 15 U.S.C. §§1052(e)(2); *In re Societe Generale des Eaux Minerales de Vittel S.A.*, 824 F.2d 957, 959, 3 USPQ2d 1450, 1451-52 (Fed. Cir. 1987); TMEP §§1210.01(a), 1210.06(a), 1213.03(a).

The attached evidence from *The Columbia Gazetteer* shows that MONROE is a generally known geographic place or location. *See* TMEP §§1210.02 *et seq.* The services for which applicant seeks registration originate in this geographic place or location as shown by the attached screenshot from applicant's website, which indicates its community festivals take place in Vonore, TN, which is in Monroe County. *See* TMEP §1210.03. *See also* attached evidence from *www.mtas.tennessee.edu* and *www.monroecountychamber.org* demonstrating that Vonore, TN is in Monroe County, TN. Because the services originate in this place or location, a public association of the services with the place is presumed. *See In re Hollywood Lawyers Online*, 110 USPQ2d 1852, 1858 (TTAB 2014) (citing *In re Spirits of New Merced, LLC*, 85 USPQ2d 1614,1621 (TTAB 2007)); TMEP §§1210.02(a) 1210.04.

Applicant may respond to this issue by submitting a disclaimer in the following format:

**No claim is made to the exclusive right to use "MONROE" and "BALLOON FIESTA" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to satisfy this issue using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.


## RESPONSE GUIDELINES

For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see "Responding to Office Actions" and the informational video "Response to Office Action" for more information and tips on responding.


## ASSISTANCE

Please call or email the assigned trademark examining attorney with questions about this Office action. Although the trademark examining attorney cannot provide legal advice or statements about applicant's rights, the trademark examining attorney can provide applicant with additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06. Although the USPTO does not accept emails as responses to Office actions, emails can be used for informal communications and will be included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.


**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820. TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125 per class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.


**How to respond. Click to file a response to this nonfinal Office action**

Chioma (Bata) Oputa
Examining Attorney
Law Office 103
571-272-5234
chioma.oputa@uspto.gov

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.** A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

**TYPED DRAWING**

**Serial Number**
73602392

**Status**
REGISTERED AND RENEWED

**Word Mark**
BALLOON FIESTA

**Standard Character Mark**
No

**Registration Number**
1462289

**Date Registered**
1987/10/20

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
ALBUQUERQUE INTERNATIONAL BALLOON FIESTA, INC. NON-PROFIT CORPORATION
NEW MEXICO 4401 ALAMEDA BOULEVARD NE ALBUQUERQUE NEW MEXICO 87113

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  107.  G & S: ORGANIZING,
PROMOTING AND CONDUCTING ANNUAL EXHIBITIONS AND COMPETITIONS INVOLVING
HOT AIR AND GAS BALLOONS.  First Use: 1975/00/00.  First Use In
Commerce: 1975/00/00.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BALLOON" APART FROM
THE MARK AS SHOWN.

**Section 2f Statement**
2(F) ENTIRE MARK

**Filing Date**
1986/06/05

**Examining Attorney**
FOSTER, STEVEN

**-1-**

**Attorney of Record**
ROBERT E. BROWNE

Home | Sponsors ˅ | Events ˅ | Hot Air Balloon Shoot Out ˅ | Frontier Days Queen ˅ | f

Volunteer | Contact Us



## May 28 - June 2, 2019

*Planning for the annual Carson City Frontier Days is in full swing. Make sure Thursday, May 30th through Sunday, June 2nd are marked on your calendar. The 2019 festival is one that you will not want to miss! We strive to make as many of the activities and events throughout the weekend free to our community. We keep our focus on family friendly entertainment.*

*Keep checking back here in the next few months as we continue to put finishing touches on the schedule of events. Carson City Frontier Days is a terrific way to kick off the summer!*



### HOT AIR BALLOON SHOOT-OUT
14th Annual Competitive Event



### KIDS' HEALTH & SAFETY DAY
Make your home and yourself safe



### WHO IS THE NEXT QUEEN?
Show your community spirit & submit your application today.



Come Join the Fun!



### CALLING ALL CRAFTERS
Apply for a table and sell your wares. Or, come down to shop.



 



# Festival Schedule

## Schedule of Events

Join us Memorial Day weekend for the **2018 Freedom Balloon Fest** in  Fuquay-Varina , North Carolina. Here are the highlights of festival activities. Please remember, all times, performances, and programming are approximate and subject to change. *Balloon activities are wind/weather dependent.* Balloon flying times are not exact due to wind and weather considerations.

**Hot air balloons are not scheduled to fly in the middle of the day due to the dangers of unpredictable winds during the heat of the day.**



### Help Keep Freedom Balloon Fest "Free"

The all-volunteer non-profit team of **Project Uplift USA** is proud to present **Freedom Balloon Fest** and we're committed to keeping it admission free for you and your family. You can help support our mission with a donation of any amount to our non-profit mission. **Just click the green button now.**

### Friday, May 25, 2018

**2:00pm -** Festival Grounds Open to the Public.  Food Vendors and Craft Beer & Wine Garden Open
**2:00pm -** Merchant, Arts & Crafts Vendor Village Opens - courtesy of the Fuquay-Varina Chamber of Commerce
2:00pm - Fun Zone Opens: Children's Area featuring Games & Rides
3:00pm - **Disc Connected K-9 Frisbee Dogs**
5:00pm - **Opening Ceremonies**, Presentation of the Colors, National Anthem, Commissioning of Field of Flags performance by Danny Perdieu
6:30pm - **Disc Connected K-9 Frisbee Dogs**
**6:300pm - Hot Air Balloon Mass Ascension***
6:45pm - Tethered Hot Air Balloon Rides*
7:00pm - **Live Music** on the RE/MAX Stage
8:30pm - **Hot Air Balloon Glow***
9:00pm - **Live Music** on the RE/MAX Stage
10:00pm - Festival Grounds Close

*All times and programming are approximate and subject to change. Balloon activities are wind/weather dependent.
Hot air balloons are not scheduled to fly in the middle of the day due to the dangers of unpredictable winds during the heat of the day.

### Saturday, May 26, 2018

6:00am - Festival Grounds Open
6:15am - Hot Air Balloon Competition Flights*
6:30am - Tethered Hot Air Balloon Rides*

# Schedule of Events



**Click here to download the 2019 event booklet!**



## Rules & Reminders

The Michigan Challenge Balloonfest event is one of the premier summertime activities in Michigan, offering entertainment for the entire family. This community event has activities planned for everyone – from skydiving and stunt kite shows to carnival rides, kid attractions, fireworks, and the always-popular balloon launches, fly-ins, and evening glow. There are lots of NEW events and attractions planned this year, and we look forward to seeing you there!

**For the comfort and safety of all who attend the Michigan Challenge Balloonfest, please follow these basic guidelines:**

- Remember to bring:
  - family and friends
  - a jacket for the evening
  - a camera to take photos
  - comfortable walking shoes
  - lawn chairs, beach chairs or blankets
  - sunglasses
  - sunscreen and bug spray.
- **Please leave pets and sparklers at home** for safety reasons.
- Remember, **alcoholic beverages, grilling and smoking**

Search











will forever walk the earth with your eyes turned skyward; for there you have been, and there you will long to return."

– Leonardo Da Vinci

We're proud to welcome pilots from around the state and the country to fly in this event, thankful for the passion and hard work of the committee, led by Rick Resinger of Champion Automotive Group, and the hundreds of volunteers who spend the weekend with us working hard to make the magic happen.

The Michigan Challenge Balloonfest is hosted by the **Howell Area Chamber of Commerce**
123 E. Washington Street | Howell, MI 48843
517.546.3920 • howell.org

## MAIN STAGE & LAUNCH FIELD

*Entertainment sponsored by Bob Maxey Ford, Matrix Bathroom & Basement Systems, Ed's Garage Door, LLC, Bath Planet and Atlas Home Improvement. Renewal by Andersen Skydivers presented by Paul McCowan Airshows. Windjammers Stunt Kite Team sponsored by Meijer.*

### FRIDAY
| | |
|---|---|
| 6 p.m.* | Renewal by Andersen Skydivers |
| 6–8 p.m.* | Mass Balloon Launch |
| 8 p.m.* | NEW Hans Hansen Quartet |
| As Darkness Falls* | NEW Skydiving Night Show Preview |
| | Enjoy the MediLodge Fireworks |

### SATURDAY
| | |
|---|---|
| 6–8 a.m.* | Balloon fly-in |
| | *Hot air balloons compete at the balloonfest site* |
| Noon* | Renewal by Andersen Skydivers |
| 1 p.m.* | Windjammers Stunt Kite Team |
| 2 p.m.* | Renewal by Andersen Skydivers |
| 5 p.m. | Pilot meet and greet Collect trading cards from the Michigan Challenge pilots and their sponsors. |
| 6 p.m.* | Renewal by Andersen Skydivers |
| 6–8 p.m.* | Mass Balloon Launch |
| | *Hot air balloons launch in a spectacular display* |
| 8 p.m.* | Main Stage – Midwest Dueling Pianos |
| As Darkness Falls* | Balloon Glow Sponsored by |

**Ascension Providence**

| | |
|---|---|
| After the Glow* | Skydiving Night Show |

### SUNDAY
| | |
|---|---|
| 6–8 a.m.* | Balloon fly-in |
| | *Hot air balloons compete at the balloonfest site* |
| 1 p.m.* | Windjammers Stunt Kite Team |
| 5 p.m.* | Sophi Avocado Performs |
| 6–8 p.m.* | Mass Balloon Launch |
| | *Hot air balloons launch in a spectacular display* |

*\* Some events and balloon launches dependent upon weather conditions. Schedule is subject to change.*

**For updated weather and event changes, please listen to WHMI 93.5 FM or visit**

michiganchallenge.com

## THE LANDING ZONE

*Visit the Landing Zone, a creative and entertaining area for kids of all ages to play, shop, eat and explore. Have fun in interactive mobile displays from Buick and the Howell Nature Center. Landing Zone sponsored by Window Pro, Two Men and a Truck and Dick Scott Motor Mall.*

### FRIDAY
| | |
|---|---|
| 4 p.m.– close | Landing Zone booths and entertainment |

### SATURDAY
| | |
|---|---|
| 10 a.m.– close | Landing Zone booths and entertainment |
| Noon – 5 p.m. | **Ben the Lego Man** will create with Legos and provide a table of blocks for all to play. This creative attraction is sponsored by St. Joseph Mercy Livingston. |
| 2–7 p.m. | **Family Fun Tent** NEW this year, activities are presented by Ann Arbor Hands-On Museum, the Howell Carnegie District Library and Bucket Fillers. Enjoy crafts, games, coloring and take a family photo in a balloon basket. Plus, Imagination Playground offers large building blocks for kids to play with and seating for parents. |

### SUNDAY
| | |
|---|---|
| 10 a.m.– close | Landing Zone booths and entertainment |
| Noon – 5 p.m. | **Ben the Lego Man** will create with Legos and provide a table of blocks for all to play. This creative attraction is sponsored by St. Joseph Mercy Livingston. |
| 2–7 p.m. | **Family Fun Tent** NEW this year, activities are presented by Ann Arbor Hands-On Museum, the Howell Carnegie District Library and Bucket Fillers. Enjoy crafts, games, coloring and take a family photo in a balloon basket. Plus, Imagination Playground offers large building blocks for kids to play with and seating for parents. |

## WADE SHOWS CARNIVAL

**Special "Pay One Price." PRE-ORDER WRISTBANDS AT WADESHOWS.COM FOR ADDITIONAL SAVINGS.**

| | |
|---|---|
| THURSDAY | Open 2–11 p.m. Purchase carnival wristbands from 2-6 p.m. for $16 and from 6-11 p.m. for $20. |
| FRIDAY | Open 2–11 p.m. Pay one price $25 |
| SATURDAY | Open 10 a.m.–11 p.m. Pay one price $25 |
| SUNDAY | Open 11 a.m.–9 p.m. Pay one price $25 |

## ARTS FESTIVAL & OPEN-AIR MARKETPLACE

**MediLodge** Rehabilitation & Wellness Centers



# balloon *noun*

bal·loon | \ bə-ˈlün ◀) \

*plural* **balloons**

**Definition of *balloon* (Entry 1 of 3)**

**1** : a nonporous bag of light material that can be inflated especially with air or gas: such as

   **a** : a bag that is filled with heated air or a gas lighter than air so as to rise and float in the atmosphere and that usually carries a suspended load (such as a gondola with passengers)

   **b** : an inflatable bag (as of rubber or plastic) usually used as a toy or for decoration

   **c** *medical* : a small bag that can be inflated (as in a bodily cavity) with air or gas
   // More than 700,000 Americans undergo procedures in which clogged arteries are cleared out with a *balloon* and then propped open with a tiny metal scaffold called a stent.
   — Ron Winslow

**2** : the outline enclosing words spoken or thought by a figure especially in a cartoon

**go over like a lead balloon** US *or British* **go down like a lead balloon**

*informal*

: to fail completely to impress or amuse other people

// Not surprisingly, his overt religiosity has proved a mixed blessing. While



Keep moving.
Leave your keys and go with eReturn.

RENT NOW

**Hertz**

WORD OF THE DAY

germane ◀)

being at once relevant and appropriate

Get Word of the Day daily email!

Your email address    SUBSCRIBE

TEST YOUR VOCABULARY



# fiesta *noun*

fi·es·ta | \ fē-ˈe-stə ◄ \

**Definition of *fiesta***

: <mark>FESTIVAL</mark>

*specifically* : a saint's day celebrated in Spain, Latin America, and the Philippines with processions and dances

⬇ **Synonyms**

⬇ **Example Sentences**

⬇ **Learn More about *fiesta***

**Synonyms for *fiesta***

Synonyms

AdChoices ▷

Pivotal is digitally transforming government agencies

LEARN HOW

Pivotal

WORD OF THE DAY

**germane** 🔊

being at once relevant and appropriate

Get Word of the Day daily email!

Your email address    SUBSCRIBE







## LABOR DAY WEEKEND EVENT

The 7th Annual Monroe Life Balloon Fiesta will return to The Sequoyah Birthplace Museum in Vonore, Tennessee. Enjoy tethered balloon rides, live music, food, games and much more all while supporting children and youth. The two-day Balloon Fiesta begins on Saturday, August 31 from 4pm – 10pm, and runs through Sunday, September 1st, from 4pm – 10pm. The finale each night will be a Balloon Glow set to music with colorful hot air balloons beginning at dusk. " We are delighted to be bringing back a fall family favorite to East Tennessee," says Lisa Bingham, publisher of Monroe Life Magazine and founder of Monroe Life Balloon Fiesta,"We invite everyone to come out and join in the celebration."

### GENERAL ADMISSION TICKET PRICES $10
#### Children under 4 are free

### TICKETS AVAILABLE AT THE GATE!

PLEASE CHECK OUR FACEBOOK PAGE FOR WEATHER UPDATES



## FUN FOR THE ENTIRE FAMILY

CRAFT VENDORS • CLOWNS • FUNNEL CAKES • BARBEQUE • CORN DOGS
PULLED PORK SANDWICHES • FRIED OREOS • HAMBURGERS • COTTON CANDY  AND
OTHER FUN FOODS!





- The Watermelon Festival in Carbon is a talkative festival for the whole family.
- The **Western Days** in Andrews is a luminous event for the whole family.
- The **Apple Fest** in Batesville is a brittle event for the whole family.
- The Apple Festival in Nappanee is a fulsome festival for the whole family.
- The Apple Festival in Cory is a abundant ==fiesta== for the whole family.
- The Apple/Popcorn Festival in Brookston is a overdone festival for the whole family. situation.
- The Auburn Cord Duesenberg Festival in Auburn
- The Back to the Fifties Festival in Lebanon is a garrulous celebration for the whole family.
- The Barn Fest in La Porte is a wordy event for the whole family. We're giving this festivals a 9 stars out of 10 star rating! Don't miss this great community proceeding.
- The Blue Jeans Festival in Monroe City is a talkative festival for the whole family.
- The Blues at the Crossroads in Terre Haute is a guileless celebration for the whole family.
- The Bonneyville Celebration in Bristol is a naive event for the whole family.
- The Canal Days City in Cambridge City is a gustatory festival for the whole family.
- The Catfish Festival in Petersburg is a heuristic ==fiesta== for the whole family.
- The Celebration of Fall Festival in Connersville is a histrionic festival for the whole family.
- The Celebration of the Future Pow Wow in Sullivan is a affected event for the whole family.
- The Chautauqua Festival of Art in Madison is a theatrical celebration for the whole family.
- The Chelsea Jubilee in Chelsea is a hubristic event for the whole family.
- The Coal Festival in Dugger is a proud festival for the whole family.
- The Community Day in Burnettsville is a excessively self-confident celebration for the whole family.
- The Community Festival in Greentown is a hot event for the whole family.
- The Community Heritage Festival in Avon is a insidious festival for the whole family.
- The Corn Festival in Sullivan is a subtle ==fiesta== for the whole family. We're giving this festivals a 9 stars out of 10 star rating! Don't miss this great community proceeding.
- The Covered Bridge Festival in Roann is a seductive festival for the whole family. We're giving this festivals a 9 stars out of 10 star rating! Don't miss this great community phenomenon.

🏠   ◀◀ ▐▐ ▶▶   WEST SEATTLE CRIME WATCH: Stolen black BMW; b...   🐦 📷 ▶ f 📶

WSB SPONSORS




SOUND YOGA
5639 California Ave. SW
soundyoga.com
📞 206.938.8195


CAR + HOME = DISCOUNTS
CALL ME FOR DETAILS
Click here for more information.
Dave Newman Insurance Agcy Inc
David S Newman, Agent
3435 California Avenue SW
P067026  1/06


VENTANA CONSTRUCTION
imagine build


101 PROBLEMS BUT
DINNER AIN'T ONE
DINNER IN
UNDER 30
MINUTES
LEARN MORE


EUROPEAN
VEHICLE
Maintenance & Repair


SWEDISH
AUTOMOTIVE
Call Us: (206) 539-1984

# SATURDAY: 2018 Fiestas Patrias parade, festival in South Park

📅 SEPTEMBER 13, 2018 4:35 PM  |  💬 1 COMMENT  |  🏷 SOUTH PARK | WEST SEATTLE NEWS | WS CULTURE/ARTS


(WSB photo from 2017 Fiestas Patrias parade in South Park)

In case you haven't peeked ahead to the weekend via the WSB West Seattle Event Calendar – Saturday brings a big late-summer parade: This year's Fiestas Patrias parade in South Park. The parade and festival afterward are presented by Sea Mar Community Health Centers, which explain:

> Seattle Fiestas Patrias commemorates the independence of Latin American countries, many of which celebrate their national independence day in the month of September. Sea Mar Community Health Center festivals are held at both Seattle Center and the South Park neighborhood of Seattle to celebrate the Latino community living in the Pacific Northwest.
>
> Fiestas Patrias is an expression of Latino culture: music, dance, food, folklore and many other traditions that have accumulated over the centuries. This is a fiesta to celebrate our history while taking pride in the new generations of Latinos that now call the United States home.

The parade starts at 11 am Saturday (September 15th), with Chief United States District Judge Ricardo Martinez as Grand Marshal. See the route here (PDF), leading from Sea Mar to the South Park Community Center (8319 8th Ave. S.), where the community festival begins at 1 pm.

Share This

## 1 Reply to "SATURDAY: 2018 Fiestas Patrias parade, festival in South Park"



Site Provided by U.S. Patent and Trademark Office          GAZETTEER HOME   MY GAZ   CONTRIBUTORS   HELP   CONTACT US

# THE COLUMBIA GAZETTEER OF THE WORLD

QUICK SEARCH          ⦿ place name  ○ full text  GO       Search hints

SEARCH    BROWSE          Using the Gazetteer  |  About the Gazetteer  |  Glossary  |  Almanac

< previous entry    next entry >          Search Results > Monroe > Monroe > Search     print | cite | e-mail
                                          Results > Monroe

Monroe

Monroe                                    ## Monroe                              ADD TO MY GAZ

State Flag                                | TYPE OF PLACE | county |
                                          | LOCATION | Tennessee, United States |
                                          | COORDINATES | 35°27'N 84°15'W |
                                          | POPULATION | 44,163 |

                                          **Monroe**, county (≈ 665 sq mi/1,722 sq km; 1990      Historical Population
                                          population30,541; 2000 population38,961), SE Tennessee; •
Country Flag                              Madisonville; 35°27'N 84°15'W. Bounded SE and E by North Carolina, NE by Little
                                          Tennessee River; drained by its tributaries; Unicoi Mountains lie along S border.
                                          Includes Tellico Wildlife Management Area and part of Cherokee National Forest.
                                          Lumbering; agriculture; natural resources; recreation. Some gold was mined here in the
                                          19th century. Formed 1819.

                                          **Citations**

                                          **MLA**
                                          "Monroe." *Columbia Gazetteer of the World Online*. 2019. Columbia University Press. 07
                                          Sep. 2019. <http://www.columbiagazetteer.org/main/ViewPlace/92117>

                                          **Chicago Manual of Style**
                                          *Columbia Gazetteer of the World Online*, s.v. "Monroe,"
                                          http://www.columbiagazetteer.org/main/ViewPlace/92117 (accessed September 07, 2019).

COLUMBIA UNIVERSITY PRESS

Terms of Service  |  Privacy Policy  |  License and Registration  |  Subscription Information  |  About Columbia University Press



# DIRECTIONS

Here is how to get to the Sequoyah Birthplace Museum

**From Knoxville – 46 Min (37.2 Miles)**

Take I-40 W
Exit 386B for U.S 129/Alcoa
Highway
Continue onto US-129 S/Alcoa
Highway
Continue straight onto US-411
S/W Broadway Ave
Turn left onto Unicoi Turnpike
Destination will be on the right

**From Maryville – 27 Min (20.2 Miles)**

Head southwest on US-411 S/E
Broadway Avetoward N Cusick St
Turn left onto Unicoi Turnpike
Destination will be on the right

**From Chattanooga -1H 32 Min (89.8 Miles)**

Get on I-24 E from Market St

Take I-75 N to TN-322 E/Oakland
Rd in Monroe County. Take
exit 62 from I-75 N

Continue on TN-322 E. Drive
to Unicoi Turnpike in Vonore
Destination will be on the right





IPS AGENCIES    ABOUT    GIVE    CONTACT

DIRECTORIES    INFORMATION TOOLS    EMPLOYMENT    CHARTERS & CODES    RESEARCH    TRAINING

Home / Vonore

# Vonore

🖶 Print This Page

## TOWN OF VONORE ( MONROE )

613 Church Street, PO Box 218
Vonore, TN 37885
(423) 884-6211
Email: townofvonore@tds.net

## General Information

**Office Hours:** Mon-Fri 8:00 AM to 4:30 PM

## Utilities

**City Utilities:** Sewer

## Municipal Statistics

**County:** Monroe
**2018 Population** (Certified by TNECD): 1474
**Election Date:** 11-01-2022
**Number of Employees:** 24
**Grand Division:** East
**2010 Population** (Certified by TNECD): 1474
**Time Zone:** Eastern

## Meeting Information

**Meeting Day:** 2nd Tuesday
**Meeting Time:** 7:00 PM
**Meeting Place:** Town Hall

## Municipal Data

**Charter:** General Law Mayor-Aldermanic (TCA 6-1-101 et seq.)
**Date of Incorporation:** 02/01/1965
**Charter File:** 📄 vonore-charter.pdf

## Governing Body And Staff

## Governing Body

| Mayor | Dr. Bob Lovingood | (423) 884-6211 |
|---|---|---|
| Alderman | Mr. James J. Brown | (423) 884-6211 |
| Alderman | Mr. John Hammontree | (423) 884-6211 |
| Alderman | Mr. Michael Moore | (423) 884-6211 |
| Alderman | Ms. Betty Sparks | (423) 884-6211 |



 



**The Little Tennessee River Valley (of which Vonore forms a part) is considerable archaeological and historical value. The valley was the principal homeland of the Cherokee Indian Nation for a long period of time. Many of the Overhill Cherokee Indian villages were located in the area. Tanasi, widely regarded as the source of the name of the State of Tennessee and Chota the Cherokee capital, was located in the Vonore area. Sequoyah, the inventor of the Cherokee alphabet lived in the area and the Indian villages played host to Sam Houston during his sojourns with the Cherokees. Vonore is the home to Fort Loudoun the first Anglo settlement west of the Alleghenies, which was completed in July of 1757 only to be surrendered to the Cherokees in August of 1760. Vonore has a long history but modern incorporation did not come until June 21, 1965.**

Vonore is a friendly town nestled in the foothills of East Tennessee, which is known for its unmatched beauty and scenery. With Tellico Lake bordering 75 percent of our town, the Fort Loudoun Historic Area and the Sequoyah Birthplace Museum nearby, Vonore has great recreation and educational opportunities to offer. As mayor of Vonore, I wish to welcome you to our friendly town and hope you enjoy your stay whether it be for a few days or if you are looking for a permanent place to call home.

Vonore is enjoying tremendous economic growth while still keeping its small-town charm and sense of tight-knit community. A new Food



these companies have recently announced major investment and expansion projects, insuring employment growth years into the future. Vonore and Monroe County are centrally located in the middle of

The Town of Vonore has continued to upgrade its public park and recreation sys- tem and recently acquired a new re truck thanks in large part to a nearly $200,000 Community Development Block Grant. The town was also awarded a $250,000 Local Parks and Recreation Fund Grant to build a new baseball park, which is nearing completion.

TheVonoreVeteran'sPark has built a new pavilion and picnic area and will be starting construction on a Flag Memorial soon. Additional park upgrades in the future will include improvements to our children's park.

We hope you can see the great things that are happening in our

| To: | Bingham, Sherry Melisa (mignonne@binghamgroup.com) |
|---|---|
| Subject: | U.S. Trademark Application Serial No. 88468918 - MONROE LIFE BALLOON FIESTA - N/A |
| Sent: | September 07, 2019 02:51:59 PM |
| Sent As: | ecom103@uspto.gov |
| Attachments: | |

### United States Patent and Trademark Office (USPTO)

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on **September 07, 2019** for
**U.S. Trademark Application Serial No.** 88468918

Your trademark application has been reviewed by a trademark examining attorney. As part of that review, the assigned attorney has issued an official letter that you must respond to by the specified deadline or your application will be abandoned. Please follow the steps below.

**(1) Read the official letter.**

**(2) Direct questions** about the contents of the Office action to the assigned attorney below.

Chioma (Bata) Oputa
Examining Attorney
Law Office 103
571-272-5234
chioma.oputa@uspto.gov

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

**(3) Respond within 6 months** (or earlier, if required in the Office action) from **September 07, 2019**, using the Trademark Electronic Application System (TEAS). The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. See the Office action for more information about how to respond.

## GENERAL GUIDANCE

· **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

· **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.

· **Beware of misleading notices sent by private companies about your application.** Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees. All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**