# Exhibit E

| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Friday, March 20, 2020 06:13 PM |
| To: | mignonne@binghamgroup.com |
| Subject: | Official USPTO Notification: U.S. Trademark SN 88468918 |

OFFICIAL USPTO NOTICE OF ABANDONMENT

**TRADEMARK APPLICATION ABANDONED FAILURE TO TIMELY RESPOND TO OFFICE ACTION**

**U.S. Application Serial No.** 88468918
**Mark:** MONROE LIFE BALLOON FIESTA
**Owner:** Bingham, Sherry Melisa
**Docket/Reference No.**

**Issue Date:** March 20, 2020

**The application above is abandoned** because we did not receive a response to the previous Office action within the six-month response period.

If you did not receive the Office action or if the delay in filing your response was unintentional, you can file a Petition to Revive Abandoned Application - Failure to Respond Timely to Office Action form. **You must file the petition within two months of the issue date of this notice. The petition must include the following:**

  (1) A signed statement by someone with firsthand knowledge of the facts, stating that the delay in responding by the due date was unintentional;

  (2) A complete response to the Office action if the Office action was received, or, if the Office action was not received, a clear statement of this fact; and

  (3) A petition fee.

If you have proof that the application was abandoned due to USPTO error, you can file a Request for Reinstatement of the application and include the proof (such as a copy of an email confirmation issued by the USPTO that includes the date of receipt and a summary of the online submission). You must file the request **within two months of the issue date of this notice**. There is no fee for this request.

For more information on filing a petition, see our webpage on petitions.

For questions about this notice, filing a petition, or filing a request for reinstatement, contact the Trademark Assistance Center at 1-800-786-9199 (select option 1) or at TrademarkAssistanceCenter@uspto.gov.

View this notice and other documents for this application online in the Trademark Status and Document Retrieval (TSDR) database.