# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **ALBUQUERQUE INTERNATIONAL BALLOON FIESTA, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MONROE LIFE BALLOON FIESTA, THE BINGHAM GROUP, INC., and SHERRY MELISA BINGHAM,**<br><br>**Defendants.** | Case No. _____<br><br>**JURY TRIAL DEMANDED** |

## DISCLOSURE STATEMENT

Plaintiff, Albuquerque International Balloon Fiesta, Inc., by and through counsel and pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

                                                      Respectfully Submitted,

Dated: <u>October 21, 2021</u>            *s/<u>John T. Winemiller</u>*
                                                      John T. Winemiller (021084)
                                                      R. Bradford Brittian (007130)
                                                      Merchant & Gould P.C.
                                                      800 S. Gay Street, Suite 2150
                                                      Knoxville, TN 37929
                                                      Telephone: (865) 380-5960
                                                      Fax: (612) 332-9081
                                                      jwinemiller@merchantgould.com
                                                      bbrittian@merchantgould.com

                                                      John A. Cullis* (IL Bar No. 6273415)
                                                      Lawrence E. James* (IL Bar No. 6289823)
                                                      Joshua S. Frick* (IL Bar No. 6292843)
                                                      Barnes & Thornburg, LLP
                                                      One N. Wacker Drive
                                                      Suite 4400

Chicago, IL 60606-2833
Telephone: (312) 357-1313
Fax: (312) 759-5646
John.Cullis@btlaw.com
Lee.James@btlaw.com
Joshua.Frick@btlaw.com
*pro hac vice to be filed

*Attorneys for Plaintiff Albuquerque International Balloon Fiesta, Inc.*